AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida - Tampa Division

| | |
|---|---|
| United States of America<br>v.<br>Roberto Munoz-Hernandez<br><br>Defendant(s) | Case No. 8:16MJ1658TGW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2016__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(b)(1) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Spicciati, Deportation Officer, ICE-ERO
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: Oct. 12, 2016

_____
Judge's signature

City and state: Tampa, Florida

Thomas G. Wilson, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of others and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Roberto Munoz-Hernandez, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(b)(1).

## FACTS AND CIRCUMSTANCES

4. On October 6, 2016, Roberto Munoz-Hernandez, was found in the Pasco County Jail, Pasco County, Middle District of Florida, by ICE- ERO Officers.

5. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Roberto Munoz-Hernandez. Upon review of these documents, I determined that Roberto Munoz-Hernandez is a native and citizen of Mexico who is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about October 23, 1993.

6. Fingerprints taken of Roberto Munoz-Hernandez were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

7. Computer record checks also indicate that Roberto Munoz-Hernandez was convicted of Possession for sale of Controlled Substance, to wit: cocaine, in 1991, in California prior to his deportation.

8. No information exists, either in the A-file documents or the computer databases, that Roberto Munoz-Hernandez had either requested or received permission from any immigration official to re-enter the United States after his deportation.

## **CONCLUSION**

9.  Based on the foregoing facts, I believe there is probable cause to establish that Roberto Munoz-Hernandez, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(b)(1).

FURTHER AFFIANT SAYETH NAUGHT.

SCOTT SPICCIATI
Deportation Officer, ICE ERO

Sworn to and subscribed before me
This _____ day of October, 2016.

THOMAS G. WILSON
United States Magistrate Judge